Submitted on record and briefs December 23, 1992, reversed and remanded for reconsideration January 20, 1993

In the Matter of the Compensation of
Robert J. Nichols, Claimant.
HOUCK CONSTRUCTION MATERIAL
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Robert J. NICHOLS,
*Respondent.*

(91-07365; CA A75201)

844 P2d 284

Alexander D. Libmann, Portland, filed the brief for petitioners.

David W. Hittle and Burt, Swanson, Lathen, Alexander & McCann, Salem, filed the brief for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson,* Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).

_____

* Leeson, J., *vice* Buttler, J., retired.